964

No. 558.  JOHN HANCOCK MUTUAL LIFE INSURANCE Co. *v.* BEARDSLEE.  C. A. 7th Cir.  Certiorari denied. *Owen Rall* for petitioner. *Irving M. Greenfield* and *Irving D. Levin* for respondent.

No. 562.  STOW MANUFACTURING Co. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 2d Cir.  Certiorari denied. *Roy C. McHenry* for petitioner. *Solicitor General Soboloff, David P. Findling, Dominick L. Manoli* and *Rosanna A. Blake* for respondent.

No. 563.  EDWARD S. WAGNER Co., INC. *v.* MITCHELL, SECRETARY OF LABOR.  C. A. 2d Cir.  Certiorari denied. *Irwin N. Wilpon* for petitioner. *Solicitor General Soboloff, Stuart Rothman, Bessie Margolin* and *Sylvia S. Ellison* for respondent.

No. 569.  UNITED STATES EX REL. CIRCELLA *v.* SAHLI, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 7th Cir.  Certiorari denied. *Thomas M. Tracey* for petitioner. *Solicitor General Soboloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for respondent.

No. 574.  ROSCOE BIFOCAL Co., INC. *v.* SIMON, GENERAL PARTNER OF RAY SIMON OPTICAL Co.  C. A. 7th Cir.  Certiorari denied. *Max Chill* for petitioner. *Norman H. Nachman* for respondent.

No. 578.  THOMPSON, TRUSTEE, ET AL. *v.* ST. LOUIS-SAN FRANCISCO RAILWAY Co.  C. A. 8th Cir.  Certiorari denied. *Thos. T. Railey, Geo. W. Holmes* and *Toll R.*